# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2737

_____

MICHAEL T. PATELLA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


March 13, 2026


PER CURIAM.

The Court dismisses as moot Petitioner's petition for writ of mandamus docketed October 24, 2025.


OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael T. Patella, pro se, Petitioner.

No appearance for Respondent.